FILED

11/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0312

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0312

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                              O R D E R

PAMELA JO POLEJEWSKI,

    Defendant and Appellant.

_____

Appellant Pamela Jo Polejewski was granted an extension of time to file and serve the opening brief on or before August 21, 2024.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 9, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2024